# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

———————————

No. 98-2826MN
No. 98-3083MN

———————————

| | | |
|---|---|---|
| Par Aide Products, | * | |
| | * | |
| Appellee, | * | Appeals from the United States |
| | * | District Court for the District |
| v. | * | of Minnesota. |
| | * | |
| R&R Products, Inc., | * | [UNPUBLISHED] |
| | * | |
| Appellant. | * | |

———————————

Submitted: March 11, 1999
Filed: March 18, 1999

———————————

Before FAGG and WOLLMAN, Circuit Judges, and WEBBER,[*] District Judge.

———————————

PER CURIAM.

R&R Products, Inc. (R&R) appeals from the grant of Par Aide Products's (PAP) request for a preliminary injunction in PAP's action for trade injuries caused by R&R's alleged product infringements. Having considered the record and the parties' arguments, we are satisfied the district court appropriately considered the factors enumerated in Dataphase Sys., Inc. v. C L Sys., Inc., 640 F.2d 109 114 (8th Cir. 1981) (en banc), and did not abuse its discretion in granting the requested

———————————

[*]The Honorable E. Richard Webber, United States District Judge for the Eastern District of Missouri, sitting by designation.

injunction and in setting the amount of PAP's bond. Because the parties' submissions show they are thoroughly familiar with the issues before the court, we believe an extensive discussion would serve no useful precedential purpose. Having rejected R&R's contentions of reversible error, we affirm without further discussion and remand to the district court for further proceedings. See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.